

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT TINKHAM,**

    Plaintiff,

v.                                                                        Civil Action No. **3:09CV454**

**CHRISTY GRAY,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on August 26, 2009, the Court ordered Plaintiff to file a particularized complaint in conformance with the following directions:

    a.    At the **very top** of the particularized pleading, Plaintiff is directed to place the following caption in all capital letters "PARTICULARIZED COMPLAINT FOR CIVIL ACTION NUMBER 3:09CV454."

    b.    The first paragraph of the particularized pleading must contain a list of defendants. Thereafter, in the body of the particularized complaint, Plaintiff must set forth legibly, in separately numbered paragraphs, a short statement of the facts giving rise to his claims for relief. Thereafter, in separately captioned sections, Plaintiff must clearly identify each civil right violated or state tort committed. Under each section, the Plaintiff must list each defendant purportedly liable under that legal theory and explain why he believes each defendant is liable to him. Such explanation should reference the specific numbered factual paragraphs in the body of the particularized complaint that support that assertion. Plaintiff shall also include a prayer for relief.

    c.    The particularized pleading will supplant the original complaint. The particularized pleading must stand or fall of its own accord. Plaintiff may not reference statements in the original pleading.

(Aug. 26, 2009 Mem. Ord. 1-2). The Court warned Plaintiff that failure to comply would result in dismissal of the action without prejudice.

On September 9, 2009, Plaintiff submitted a particularized complaint that did not comply with the Court's Memorandum Order of August 26, 2009. Accordingly, on October 19, 2009, the Court ordered Plaintiff to submit a complaint that contained sufficient factual detail and "set forth the facts underlying his claims in a coherent, chronologically organized narrative." (Oct. 19, 2009 Mem. Ord. 2.) On November 6, 2009, the Court received from Plaintiff an unsigned motion for an extension of time to reply to the Order of October 19, 2009. The Court ordered Plaintiff to submit a signed copy of the motion, which the Court received on December 21, 2009. On January 25, 2010, the Court granted Plaintiff an additional fifteen (15) days from the date of entry thereof to comply with the October 19, 2009 Order. More than fifteen days have elapsed, and Plaintiff has filed no response. Plaintiff's failure to comply with the Order of October 19, 2009 indicates his lack of interest in prosecuting the current action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
James R. Spencer
Chief United States District Judge

Date: 3-19-10
Richmond, Virginia